No. 79–5529. Cook v. United States. C. A. 9th Cir. Certiorari denied.

No. 79–5535. Williams v. United States. C. A. 5th Cir. Certiorari denied.

No. 79–5574. De Vito v. United States. C. A. 3d Cir. Certiorari denied.

No. 79–5589. Rivera v. Secretary of Health, Education, and Welfare. C. A. 1st Cir. Certiorari denied.

No. 79–5645. Kyles v. Klein, Director, Department of Health and Welfare of Idaho, et al. C. A. 9th Cir. Certiorari denied.

No. 79–5648. Wilson v. American Can Co. et al. C. A. 3d Cir. Certiorari denied.

No. 79–5660. Moldovan v. Allis Chalmers Manufacturing Co. et al. Ct. App. Mich. Certiorari denied.

No. 79–5678. Curry v. Bureau of Corrections of Kentucky et al. C. A. 6th Cir. Certiorari denied.

No. 79–5687. Ramsey v. Western Union Telegraph Co. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 79–5743. Martinez v. United States. C. A. 5th Cir. Certiorari denied.

No. 79–5749. Burnet v. United States. C. A. 3d Cir. Certiorari denied.

No. 79–5750. Luck v. Strickland, Corrections Superintendent, et al. C. A. 4th Cir. Certiorari denied.